CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 0 6 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHANG LIM, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 7:15cv613 |
| | ) |
| v. | ) By: Hon. Michael F. Urbanski |
| | ) United States District Judge |
| SYLVIA MATHEWS BURWELL, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

This matter was referred to the Honorable Robert S. Ballou, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition as to defendants' motion to dismiss, or in the alternative, to transfer venue pursuant to Federal Rule of Civil Procedure 12(b)(3). ECF No. 21. The Magistrate Judge filed a report and recommendation on September 9, 2016, recommending that the motion be granted in part, and the case transferred to the United States District Court for the District of Maryland. ECF No. 26. No objections to the report and recommendation have been filed.

The court has carefully reviewed the magistrate judge's report and finds that it should be adopted in its entirety. As such, it is hereby **ORDERED** that the report and recommendation (ECF No. 26) is **ADOPTED**, that defendants' motion (ECF No. 21) is **GRANTED in part**, and this case is **TRANSFERRED** to the United States District Court for the District of Maryland for all further proceedings.

The Clerk is directed to send a certified copy of this Order to counsel of record and to the pro se plaintiff at his address of record.

Entered: 10-6-2016

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge